

# NUMBER 13-25-00465-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN THE INTEREST OF A.J.T. AND K.A.T., CHILDREN

### ON APPEAL FROM THE COUNTY COURT AT LAW NO. 8 OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Justices Silva, Cron, and Fonseca
### Memorandum Opinion by Justice Cron

On September 22, 2025, appellant filed a notice of appeal, and subsequently on September 25, 2025, the Clerk of the Court notified appellant the notice of appeal did not comply with Texas Rules of Appellate Procedure 9.5(e), 25.1(d)(1), (2), (4), and (8), and 25.1(e). *See* TEX. R. APP. P. 9.5(e), 25.1(d)(1), (2), (4), (8), 25.1(e).

On November 18, 2025, the Clerk of the Court again notified appellant that the notice of appeal was not in compliance with the Texas Rules of Appellate Procedure.

Appellant was further notified that if the defects were not cured within ten days, the appeal would be dismissed. *See id.* R. 42.3(b), (c).

Appellant has failed to correct the defects in the notice of appeal and has otherwise not responded to the notices from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.*

JENNY CRON
Justice

Delivered and filed on the
15th day of January, 2026.